IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-91-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| JOSEPH JOHN SIMPSON, | |
| Defendants. | |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation, and any firearms and ammuniton involved in violation;

AND WHEREAS, on September 25, 2023, the defendant entered a plea of guilty to count 2 of the indictment, which charged him with possession with intent to distribute methamphetamine;

1

AND WHEREAS, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, 18 U.S.C. § 924, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, beginning on October 16, 2023, and ending on November 23, 2023, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- Colt automatic 32 caliber pistol, SN 204503;
- Marlin Model 88255V .22 caliber rifle, SN 02306982;
- Glock Model 17 Gen 4 9 x 19 caliber pistol SN AEG444;
- Cobray Model M-11 9mm semi-automatic pistol, SN 89-0000807;
- Savage Model Axis 243 caliber rifle, SN K096324;
- Miscellaneous ammunition (including but not limited to, .270, .243, 9mm); and
- $9,120 US Currency, $305 US Currency, and $328 US Currency.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send a copy of this order to the United States Marshal.

DATED this 10th day of January, 2024.

_____
SUSAN P. WATTERS
United States District Court Judge